**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DEVONTAE RIVERS**
**ADC #153025**                                                                                             **PLAINTIFF**

**V.**                           **CASE NO. 4:13CV00136 KGB**

**GREGG PARRISH and**
**KATHERINE STREETT**                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2013.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE